TERRI KEYSER-COOPER, SBN 3984
Law Office of Terri Keyser-Cooper
3300 Skyline Blvd., No. 274
Reno, NV 89509
(775) 337-0323

DIANE K. VAILLANCOURT, SBN 9277
Law Office of Diane K. Vaillancourt
849 Almar Ave., Suite C403
Santa Cruz, CA 95060
(831) 458-3440
*Attorneys for Plaintiff*

```
                    FILED         RECEIVED
                    ENTERED       SERVED ON
                          COUNSEL/PARTIES OF RECORD

                        NOV 2 2 2011

                    CLERK US DISTRICT COURT
                     DISTRICT OF NEVADA
          BY: _____ DEPUTY
```

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CARMEN E. NICOSIA, | Case No: 10-cv-00667-HDM-VPC |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF PLAINTIFF'S COUNSEL** |
| vs. | |
| DIOCESE OF RENO, | |
| Defendant | |

PLEASE TAKE NOTICE that attorneys Terri Keyser-Cooper and Diane K. Vaillancourt are now withdrawing as attorneys of record for plaintiff CARMEN E. NICOSIA as a matter of right. On November 8, 2011, pursuant to a stipulation of the parties this action, the Court ordered dismissal of this action with prejudice as to all claims and parties, subject to the terms and conditions of the agreement executed by the parties, and no matter is presently pending.

Notice is further given that, by reason of this withdrawal, no further pleadings, papers, or motions may be served on the undersigned on behalf of CARMEN E. NICOSIA.

Dated: November 19, 2011

/s/ Diane K. Vaillancourt
TERRI KEYSER-COOPER
DIANE K. VAILLANCOURT
*Withdrawing as Attorneys for Plaintiff NICOSIA*

IT IS SO ORDERED
/s/ Valerie P. Cooke
U.S. MAGISTRATE JUDGE
DATED: November 21, 2011

1

# CERTIFICATE OF SERVICE

I, Diane K. Vaillancourt, declare as follows:

I am over the age of 18 years and not a party to this action. My business address is 849 Almar Avenue, Suite C403, Santa Cruz, CA 95060.

On this date, I served a copy of the following documents on the parties in this action as follows:

NOTICE OF WITHDRAWAL OF PLAINTIFF'S COUNSEL

[ X ]   BY UNITED STATES MAIL. By placing a true copy of the above-referenced document(s) in the United States Mail in a sealed envelope with postage prepaid to plaintiff CARMEN E. NICOSIA, P.O. Box 19, Virginia City, NV 89440.

[ ]   BY FACSIMILE TRANSMISSION. By transmitting a true copy of the document(s) by facsimile transmission from facsimile number (831) 458-3440 to the interested parties in this action at the facsimile number(s) shown below.

[ ]   BY HAND-DELIVERY. By delivering a true copy enclosed in a sealed envelope to the address(es) shown below.

[ X ]   BY ELECTRONIC SERVICE. By electronically mailing a true copy of the document(s) to defendants at the following email addresses via the Court's electronic filing procedure:

Sharon M Parker   sparker@woodburnandwedge.com, jschield@woodburnandwedge.com
Michael W Keane   mkeane@woodburnandwedge.com, tatkinson@woodburnandwedge.com

I declare under penalty of perjury that the foregoing is true and correct.

DATED:   November 19, 2011        /s/ Diane K. Vaillancourt
                                   DIANE K. VAILLANCOURT